USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Agapito, on behalf of himself and others similarly situated,

              Plaintiff,

-against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

              Defendants.

1:18-cv-08079 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Before the Court in this wage-related action is Defendants' Letter Motion to extend the automatic stay in effect as to the Debtor-Defendants, by reason of their bankruptcy filings, to the individual defendants. (10/18/19 Letter Motion, ECF No. 42.) By letter, dated November 20, 2019, Defendants requested permission to "formally brief" the issue of the extension of the automatic stay to the individually named defendants in this action. (11/20/19 Letter, ECF No. 44.) Such request is hereby granted. No later than January 22, 2020, Defendants shall file a formal motion for extension of the stay. Such motion shall be supported by appropriate affidavits or declarations setting forth any unusual circumstances that exist warranting the grant of the extraordinary relief sought. Plaintiffs shall file their opposition no later than February 5, 2020. Defendants shall file any reply no later than February 12, 2020.

**SO ORDERED.**

DATED:     New York, New York
              January 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge