# TRAVIS LAW PLLC

80 Maiden Lane, Suite 304
New York, New York 10038
Tel: (212) 248-2120
www.travislawnyc.com
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020
```

February 5, 2020

VIA ECF

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Having reviewed Plaintiff's response to Defendants' request for an extension (ECF No. 55), Defendants' application is GRANTED IN PART and DENIED IN PART. Defendants shall file their motion no later than Friday, February 7, 2020. Plaintiff's opposition shall be filed no later than February 21, 2020 and any reply shall be filed no later than February 26, 2020. SO ORDERED.
>
> Dated: February 6, 2020        /s/ Att'd an

Re:   *Agapito v. Amir Ram Bagels, Inc., et al.*
      Case No.: 18-CV-8079 (ALC) (SDA)
      Extension of Time to File Motion for Extension of the Stay

Dear Magistrate Judge Aaron:

Our firm represents the defendants ("Defendants") in the above-referenced action. On January 8, 2020, Your Honor ordered Defendants to file a formal motion for extension of the Chapter 11 automatic stay to the individual defendants Mohammed Kamal, Imanuel Halon, Amir Ram, and Hossam Zebib. Defendants' Bankruptcy Counsel, Morrison Tenenbaum, PLLC, will be drafting and filing Defendants' motion. Bankruptcy counsel is requesting another week extension so that Defendants can brief the issue of referring the extension of the stay to the Bankruptcy Court. Defendants respectfully request an extension from February 5, 2020 to and including February 12, 2020; Plaintiff's opposition shall be due no later than March 4, 2020, and Defendants shall file a reply no later than March 11, 2020. This is Defendants' second request for an extension of time to file their motion.

Respectfully submitted,

/s/

Christopher R. Travis

cc:   Cilenti & Cooper, PLLC (*via ECF*)