UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Agapito, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020

1:18-cv-08079 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The parties are directed to file a joint letter regarding the status of mediation no later than July 6, 2020.

**SO ORDERED.**

DATED:      New York, New York
                 June 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge