USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2020

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 3, 2020

**BY ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: September 3, 2020

*[signature]*

       Re:    *Agapito, et al. v. Amir Ram Bagels, Inc., et al.*
             <u>Case No. 18-CV-8079 (ALC) (SDA)</u>

Dear Judge Aaron,

    We are counsel to the plaintiffs in the above referenced matter. Please accept this letter as the parties' joint request that they be given until September 9, 2020 to refile their respective motions.

    We thank the Court for considering this application.

                                                         Respectfully submitted,

                                                          /s/

                                                          Justin Cilenti

cc: Defense Counsel (by ECF)