UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Jose Luis Agapito, on behalf of himself and
others similarly situated,

                            Plaintiff,

        -against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2020

1:18-cv-08079 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference in the above-captioned matter on Wednesday, October 14, 2020, at 4:30 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:   New York, New York
         October 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge