```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Agapito, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

                Defendants.

1:18-cv-08079 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties on October 14, 2020, it is hereby Ordered as follows:

1. No later than Wednesday, October 21, 2020, Defendants shall file their proposed motion to refer this action to Bankruptcy Court, as set forth in their October 14, 2020 Letter Motion. (*See* ECF No. 90.)

2. Plaintiff shall file his response no later than Wednesday, October 28, 2020.

**SO ORDERED.**

DATED:    New York, New York
             October 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge