UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Luis Agapito, on behalf of himself and others similarly situated, | |
| Plaintiff, | 1:18-cv-08079 (ALC) (SDA) |
| -against- | **ORDER** |
| Amir Ram Bagels, Inc. d/b/a Tal Bagels et al., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference in the above-captioned matter on Tuesday, May 18, 2021 at 12:00 p.m. to discuss the Second Amended Complaint. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED: New York, New York
May 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge