USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.CO
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

May 12, 2021

<u>VIA CM/ECF</u>
The Honorable Stewart D. Aaron
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Application GRANTED. The telephone conference scheduled for May 18, 2021 is adjourned until Thursday, May 20, 2021 at 11:00 a.m. SO ORDERED.
Dated: May 13, 2021

*[signature]*

Re: **Agapito v. Amir Ram Bagels, Inc.**
**18-cv-08079-ALC-SDA**

Dear Judge Aaron:

I am the attorney for the Defendants in this action.  We write to respectfully request an adjournment of the telephone conference scheduled for May 18, 2021 at 12:00 p.m.  Plaintiff's attorney consents to the requested adjournment.

The reason for the request is that I will be observing the Jewish holiday of Shavuot and will not be working or using the telephone on May 18.  Plaintiff's attorney and I are both available for the conference the morning of May 19, any time on May 20, or the morning of May 21.  This is the first request for an adjournment of the conference.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

Cc: Counsel of record (VIA ECF)