UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

Jose Luis Agapito et al.,

        Plaintiffs,

-against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

        Defendants.

1:18-cv-08079 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than May 28, 2021, the parties shall file a stipulation of dismissal with respect to Defendants Amir Ram, Imanuel Halon and Hossam Zebib, as those Defendants were not named in the Second Amended Complaint ("SAC"). (*See* SAC, ECF No. 101.)

2. Based up the representations made by counsel for Defendants, Joshua Androphy, during today's conference that he will be representing MD Khandaker in this action and that Mr. Khandaker consents to the filing of the SAC, Mr. Androphy shall file a Notice of Appearance on behalf of Mr. Khandaker no later than May 28, 2021.

3. If Plaintiffs seek to have Mohammed S. Islam added as a defendant in this action, they shall file a proper motion, pursuant to Federal Rules of Civil Procedure 15 and 21, no later than May 28, 2021.

    a. If Plaintiffs make such a motion, they shall serve it on Mr. Islam, along with a copy of this Order, by express means at the address previously provided by Defendants' counsel. Mr. Islam may file any opposition to the motion no later than June 8, 2021.

    b. If Plaintiff does not file such a motion by the May 28, 2021 deadline, the Court will deem the SAC amended to drop Mr. Islam as a defendant.

4. The deadline for the completion of all discovery is extended until July 9, 2021. During this period, Plaintiffs shall take any deposition of Mr. Islam, either as a party or non-party, and Defendants shall take any depositions of Plaintiffs. Any depositions not taken by the July 9 deadline will be deemed waived.

**SO ORDERED.**

DATED:    New York, New York
             May 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge