UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Jose Luis Agapito et al., | |
|---|---|
| Plaintiffs, | 1:18-cv-08079 (ALC) (SDA) |
| -against- | ORDER |
| Amir Ram Bagels, Inc. d/b/a Tal Bagels et al., | |
| Defendants. | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Court's May 20, 2021 Order Plaintiffs were to file any motion to add Mohammed S. Islam as a defendant no later than May 28, 2021. (Order, ECF No. 105.) Accordingly, as also set forth in the May 20 Order, the Court deems the SAC amended to drop Mr. Islam as a defendant. It is hereby Ordered that, no later than June 9, 2021, Plaintiffs shall file a corrected version of the SAC. It is further Ordered that Defendants shall answer, move or otherwise respond to the SAC no later than June 23, 2021.

**SO ORDERED.**

DATED: New York, New York
June 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge