```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Agapito, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

Amir Ram Bagels, Inc. d/b/a Tal Bagels et al.,

                Defendants.

1:18-cv-08079 (ALC) (SDA)

ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, September 23, 2021 at 2:30 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
              August 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge