# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166
—
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 20, 2021

August 19, 2021

**BY ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Agapito v. Amir Ram Bagels, Inc., et al.*
      Case No. 18-CV-8079 (ALC) (SDA)

Dear Judge Carter,

We are counsel to the plaintiffs in the above referenced matter. Discovery closed on August 9, 2021, and a settlement conference is scheduled before Magistrate Judge Aaron on September 23, 2021. Please accept this letter as the parties' joint request that the time for the parties to file their proposed Joint Pretrial Order be extended to October 22, 2021.

No prior request for similar relief has been made, and no other dates would be affected.

We thank the Court for considering this application.

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 20, 2021

cc: Defense Counsel (by ECF)

ilenti