# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/21/21

October 20, 2021

<u>VIA CM/ECF</u>
The Honorable Andrew L. Carter
United States District Judge
40 Centre Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    **Agapito v. Amir Ram Bagels, Inc.**
           **18-cv-08079-ALC-SDA**

Dear Judge Carter:

I am the attorney for the Defendants in this action. We write jointly with Plaintiffs' attorney to respectfully request an extension of the deadline to submit the parties' proposed joint pretrial order, from October 22 to November 10, 2021.

The reason for the request is that more time is needed by the parties to complete the joint pretrial order, in particular for the undersigned to review and consider proposed stipulations and exhibits received from Plaintiffs' attorney this week.

This is the second request for an extension of the deadline to file the joint pretrial order. The previous request was granted, extending the time until after a settlement conference.

We thank the Court for its attention to this matter.

Extension **GRANTED**. The parties shall submit the proposed pretrial order no later than **November 10, 2021.**

Respectfully Submitted,

SO ORDERED:

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

Dated: 10/21/21

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record (VIA ECF)

M+T