```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
 JOSE LUIS AGAPITO ET AL.,                                  :
                                                            :
                              Plaintiffs,                   :
                                                            :
                   -against-                                :
                                                            :
 AMIR RAM BAGELS, INC. ET AL.,                              :
                                                            :
                              Defendants.                   :
----------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 18, 2021

**18-cv-8079 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' proposed pretrial order. ECF No. 124. The parties are ordered to submit a joint status report on the status of the case by **Monday, November 29, 2021**. Defendants shall include whether they intend to seek leave to move for summary judgment.

**SO ORDERED.**

Dated:   November 18, 2021
         New York, New York

                                                   */s/ Andrew L. Carter, Jr.*
                                                   _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**