# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166

-----

Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/22

April 14, 2022

**BY ECF**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

        *Re:*    *Agapito v. Amir Ram Bagels, Inc., et al.*
                 *Case No. 18-CV-8079 (ALC) (SDA)*

Dear Judge Carter,

        We are counsel to the plaintiffs in the above referenced matter. A pretrial conference is scheduled before Your Honor on April 20, 2022 at 12:00 p.m. Due to conflicts in each party's counsel's schedule, please accept this letter as the parties' joint request for a short adjournment. The parties have conferred and are available on April 25, 26, or as soon thereafter that is convenient for the Court.

        No prior request for similar relief has been made, and no other dates would be affected.

        We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

The telephonic conference currently scheduled for April 20, 2022 is adjourned to April 26, 2022 at 2:30 p.m.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/15/22

cc:    Lawrence Morrison, Esq. (by ECF)
       Joshua Androphy, Esq. (by ECF)