**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
:
**JOSE LUIS AGAPITO ET AL.,**
:
:
**Plaintiffs,**
:
:
-against-
:
:
**AMIR RAM BAGELS, INC. ET AL.,**
:
:
**Defendants.**
:
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 9, 2022

**18-cv-8079 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letter concerning trial dates. Trial will not be held on November 8, 2022 and on November 11, 2022.

**SO ORDERED.**

**Dated:** **August 9, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**