**MEMO ENDORSED**

CILENTI & COOPER,
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/03/2022

November 3, 2022

**BY ECF**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Agapito v. Amir Ram Bagels, Inc., et al.*
     <u>Case No. 18-CV-8079 (ALC) (SDA)</u>

Dear Judge Carter,

  We are counsel to the plaintiffs in the above referenced Fair Labor Standards Act matter. A final pretrial conference is scheduled before Your Honor today at 2:30 p.m. Trial is also scheduled to commence on Monday, November 7, 2022. However, the parties are pleased to advise that they have just reached a settlement in principle. Consequently, please accept this letter as the parties' joint request to adjourn the conference and trial *sine die* and permit the parties thirty days to submit the agreement for review and approval.

  We thank the Court for considering this application.

           Respectfully submitted,

           <u>/s/ *Justin Cilenti*</u>
           Justin Cilenti

cc: Defense Counsel (by ECF)

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/03/2022