**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/12/2022

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
____
Telephone (212) 209-3933
Facsimile (212) 209-7102

December 9, 2022

**BY ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:   *Agapito v. Amir Ram Bagels, Inc., et al.*
>        <u>Case No. 18-CV-8079 (ALC) (SDA)</u>

Dear Judge Carter,

    We are counsel to the plaintiffs in the above referenced Fair Labor Standards Act matter. Please accept this letter as the parties' joint request for an extension of time to submit their settlement papers for review and approval until December 21, 2022.

    No prior request for similar relief has been made, and no other dates would be affected.

    We thank the Court for considering this application.

    Respectfully submitted,

    <u>/s/ *Justin Cilenti*</u>
    Justin Cilenti

cc: Defense Counsel (by ECF)

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12/12/2022